UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

BARRY G. AARON  PLAINTIFF
ADC #097176

V.  No. 2:21-CV-5-LPR-JTR

GAYLON LAY,
Warden, EARU, *et al.*  DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition from Magistrate Judge J. Thomas Ray and the objection filed by Plaintiff. After a careful and *de novo* review of the PRD, the objection, and the entire record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Plaintiff may proceed with his failure to protect and retaliation claims against Lay and Jackson. Plaintiff's claims against Lay and Jackson for PREA violations are dismissed with prejudice. Plaintiff's state law claims against Lay and Jackson are dismissed without prejudice.

IT IS SO ORDERED this 7th day of December, 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE