UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

BARRY G. AARON,
ADC #97176                                                              PLAINTIFF

v.                          Case No. 2:21-CV-00005-LPR-JTR

GAYLON LAY, Warden, EARU, *et al.*                                      DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge J. Thomas Ray and the objections.[1] After carefully considering the objections and making a *de novo* review of the RD and the record in this case, the RD is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Aaron's Motion for Summary Judgment (Doc. 31) is denied without prejudice. Defendants' Motion to Dismiss (Doc. 34) is held in abeyance until the resolution of Aaron's Motion for Appointment of Counsel.

Dated this 31st day of May, 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court treats all documents filed by Mr. Aaron after the RD as "objections" to the extent theses documents relate in any way to the summary judgment issue.