UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BARRY G. AARON**                                                                  **PLAINTIFF**
ADC #097176

V.                      Case No. 2:21-cv-00005-LPR-JTR

**GAYLON LAY, Warden, EARU;**
**and ANTHONY JACKSON,**
**Deputy Warden, EARU**                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or the underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 23rd day of August 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE